NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3041

DON A. MYNARD,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
DA0831060436-B-1.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The Office of Personnel Management moves for a 14-day extension of time, until

May 5, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY -1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Don A. Mynard
Joseph A. Pixley, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK